IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARLENE D. ACOSTA** | : |
| **Plaintiff,** | : |
| v. | : 3:17-CV-1868 |
| | : (JUDGE MARIANI) |
| **MIRACLE MOTORS, INC., et al.** | : |
| **Defendants.** | : |

## ORDER

A case management conference was conducted in the above-captioned matter on December 19, 2017. Participating on behalf of the Plaintiff was Leonard Gryskewicz, Jr. Participating on behalf of the Defendants was Malcolm Gould. During the conference call, the parties agreed that the action should be submitted to arbitration. The parties informed the Court that they are in the process of selecting an arbitrator and that, if they are unable to reach a mutual agreement, they will request that the Court appoint an arbitrator in accordance with the Federal Arbitration Act. The parties further agreed that the action should be stayed pending the resolution of arbitration.

**ACCORDINGLY, THIS 19TH DAY OF DECEMBER, 2017**, upon agreement by counsel, **IT IS HEREBY ORDERED THAT:**

1. All of the claims in the above-captioned action shall be submitted to arbitration pursuant to the parties' arbitration agreement.

2. The case is **STAYED** in its entirety until the arbitration has been completed or otherwise resolved, or by further Order of the Court.

3. The parties shall file a joint letter on or before **January 23, 2018**, informing the Court whether the parties have mutually agreed upon an arbitrator, and if not, requesting that the Court appoint an arbitrator.

Robert D. Mariani
United States District Judge