IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARLENE D. ACOSTA                    :
                                     :
              Plaintiff,             :
                                     :      3:17-CV-1868
       v.                            :      (JUDGE MARIANI)
                                     :
MIRACLE MOTORS, INC., et al.         :
                                     :
              Defendants.            :

## ORDER

AND NOW, THIS _____ DAY OF MAY, 2018, counsel for the parties having

submitted a "Joint Letter Requesting that the Court Appoint an Arbitrator" (Doc. 20) wherein

the parties have informed the Court that they have been unable to agree on an arbitrator in

this matter despite their efforts, **IT IS HEREBY ORDERED THAT:**

1. Pursuant to the Federal Arbitration Act, 9 U.S.C. § 5, **John Paul Simpkins**, whose

   address and contact information are set forth below, is **APPOINTED** as arbitrator in

   the above-captioned action.

        John Paul Simpkins
        6807 Lincoln Dr.
        Philadelphia, PA  19119
        (215) 438-6800

2. The arbitration shall take place at such date and time as Attorney Simpkins shall

   direct.

3. The case remains **STAYED** in its entirety until the arbitration has been completed or

   otherwise resolved, or by further Order of the Court.

4. The Clerk of Court is directed to mail a copy of this Order to Attorney Simpkins at the
   above-listed address.

Robert D. Mariani
United States District Judge