IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE D. ACOSTA** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | 3:17-CV-1868 |
| | : | (JUDGE MARIANI) |
| **MIRACLE MOTORS, INC., et al.** | : | |
| | : | |
| **Defendants.** | : | |

FILED
SCRANTON
SEP 26 2018
PER _____
DEPUTY CLERK

### ORDER

AND NOW, THIS _26th_ DAY OF SEPTEMBER, 2018, Arbitrator John Paul Simpkins, Esq., having reported to the Court that the above-captioned action has been settled, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

2. The Clerk of Court is directed to mail a copy of this Order to Attorney Simpkins at the address set forth on the docket sheet.

_____
Robert D. Mariani
United States District Judge